

CLERK'S OFFICE
A TRUE COPY
Jun 17, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

**INFORMATION ASSOCIATED WITH FACEBOOK AND INSTAGRAM USER IDs FURTHER DESCRIBED IN ATTACHMENT A.**

)
)
)
)
)
)

Case No.  25   MJ   110

Matter No. 2024R00090

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Timothy Keller, FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means).*

Date:   06/17/2025

_____
*Judge's signature*

City and state:   Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Timothy Keller, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I make this affidavit in support of an application for a search warrant for information associated with **Facebook User IDs 1210946773**, **61552377178455**, and **61565547194597**, and **Instagram User IDs 9305083036** and **24169862**, that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a social networking company headquartered at 1 Meta Way, Menlo Park, California 94025. The information to be searched is described in the following paragraphs and in Attachment A.

1. I am currently a Milwaukee Police Detective, having been employed by the City of Milwaukee Police Department for over 23 years. I have held the rank of Detective for over 11 years. In addition to my Milwaukee Police Department employment, I am also a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"). I have been assigned to the Joint Terrorism Task Force ("JTTF") based out of the FBI Milwaukee Field Office for approximately one year.

2. I have gained experience as a Detective and TFO through formal training at the Milwaukee Police Academy and Virtual FBI academy, law enforcement trainings conducted by various agencies, consultation with Federal, State, and local law enforcement partners, and through working investigations. Through my training and professional experience, I have learned how individuals utilize the internet, and in particular social media platforms, to facilitate criminal activity.

3. In the performance of my duties as a TFO assigned to the FBI JTTF, I conduct a variety of investigations concerning counterterrorism. While conducting investigations, I frequently confer with colleagues who have experience conducting terrorism investigations with the FBI. Additionally, many of the investigations I have conducted or assisted in conducting were matters involving violations of federal law that involved social media communication as a primary source of evidence.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, analysts, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on my training, experience and the facts as set forth in this affidavit, I submit there is probable cause to believe that Ihsan Atta (ATTA), who utilizes the alias Falasteen Hayati, has made interstate threatening communications in violation of Title 18, United States Code, 875(c).

6.      I also submit that there is probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## STATUTORY AUTHORITY

7.      This investigation concerns alleged violations of 18 U.S.C. § 875(c), relating to interstate threatening communications. Elements of this offense are the following: the defendant knowingly sent a message in interstate commerce, and the message contained a true threat to kidnap or injure the person of another.

8.      Based upon an ongoing FBI investigation, I believe that ATTA, also known as Falasteen Hayati, utilized Facebook and Instagram to communicate threats to injure or kill President Donald Trump, former President Joe Biden, former U.S. Ambassador to the United Nations Linda Thomas-Greenfield, and former U.S. Secretary of State Antony Blinken.

## INITIAL TIP REGARDING IHSAN ATTA

9.      ATTA (DOB 10/27/1970) is a United States citizen currently residing in the City of Brookfield, Wisconsin and owns small businesses located in and around the City of Milwaukee.

10.      On February 9, 2024, an anonymous person submitted an online tip to the National Threat Operations Center ("NTOC") alleging that ATTA had posted threatening online communications. The tipster reported that ATTA was a Palestinian American living in Milwaukee and used a Facebook profile with the alias "Falasteen Hayati." According to the tip, ATTA had made threats related to the war in Gaza and stated, "everyone complicit in this genocide is a target." Additionally, the tip stated ATTA was outspoken about his feelings toward Zionists, made subtle

2

threats to the President of the United States, and was alleged to be openly proud to cause disturbances, acts of vandalism, and violence when provoked. The tipster reported ATTA had inquired on Facebook as to where he could buy a HAMAS flag. The tipster stated, "Ihsan Atta is unhinged and has all the qualities and characteristics of a Hamas wannabee terrorist."

11.     On February 22, 2024, another anonymous tip was submitted online to NTOC regarding a HAMAS supporter who made threats on social media. The tipster reported ATTA, using the alias "Falasteen Hayati," wrote on Facebook that, "government whores should be elimidated [sic]" and "start with the White House." This appears to be a call to assassinate then-President Biden. The tipster stated ATTA was an "absolutely unhinged supporter of HAMAS." The tipster reported s/he grew up with ATTA and was familiar with ATTA. The tipster stated that ATTA "is dangerous and he hides his true nature from the Jewish people he works with. I fear for their safety and for any Jew who lives in the area."

3

**ATTA FACEBOOK AND INSTAGRAM ACCOUNTS**

12. The FBI's investigation indicates that ATTA previously and currently utilizes the below listed social media accounts, among others:

- **FACEBOOK ACCOUNT 1**

  Display Name: **Falasteen Hayati** with User ID: 1210946773

- **FACEBOOK ACCOUNT 2**

  Display Name: **Falasteen Hayati** with User ID: 61552377178455

- **FACEBOOK ACCOUNT 3**

  Display Name: **Ihsan Atta (Falasteen Hayati)** with User ID: 61565547194597

- **INSTAGRAM ACCOUNT 1**

  Display Name: **freepali** with User ID: 9305083036

- **INSTAGRAM ACCOUNT 2**

  Display Name: **Falasteen Hayati** with User ID: 24169862

13. The social media accounts referenced in the previous paragraph are believed to all belong to ATTA based upon posted photographs and videos on those sites, the username on those sites, and other information that is provided on the accounts.

14. ATTA has several photographs that appear online (aside from his social media accounts) that are associated with his business, OPUS Corporation. Additionally, ATTA was featured on several local news stations within the last year regarding a mural that he posted outside of his business in the City of Milwaukee. During that news coverage, ATTA was interviewed and his face was visible. He is also shown in photos and videos on his Facebook and Instagram pages.

15. Regarding **FACEBOOK ACCOUNT 1** - below is a screenshot from a video that was posted to **FACEBOOK ACCOUNT 1** showing ATTA in a white T-shirt depicting a child urinating on an Israeli flag. As further described later in this affidavit, ATTA refers to himself in the first-person when describing this video, which captured a confrontation with an individual in a "Joker" outfit. ATTA stated that this occurred on July 20, 2024 at a Republican National Convention protest.

4



16.     Additionally, below is a photo of ATTA posted to **FACEBOOK ACCOUNT 1** wearing a Combat Uniform with Palestinian and HAMAS patches, further described later in this affidavit.



5

17.    The below are photos of ATTA as he appears on his LinkedIn page and on a Fox 6 News Milwaukee story. These photographs are included to show ATTA's face on websites unassociated to his Facebook and Instagram sites. Comparing these facial photos to the still photos above from **FACEBOOK ACCOUNT 1**, it appears to be the same person. Further, the fact that the user of **FACEBOOK ACCOUNT 1** is commenting on that video in the first person indicates that ATTA is using and posting to **FACEBOOK ACCOUNT 1**.



18.    I believe the information above establishes that **FACEBOOK ACCOUNT 1** was and is owned and controlled by ATTA.

19.    Regarding **INSTAGRAM ACCOUNT 1,** on August 26, 2024, this account posted a video of ATTA (the same individual photographed above in **FACEBOOK ACCOUNT 1**) stating that his previous Facebook profile (**FACEBOOK ACCOUNT 1**) was deleted by Facebook. ATTA's new Facebook profile had the same Facebook Display Name, Falasteen Hayati, with a new User ID: 61552377178455 (**FACEBOOK ACCOUNT 2**). He also had a new Instagram Display name of Falasteen Hayati, with a User ID: 24169862 (**INSTAGRAM ACCOUNT 2**). A screenshot of that video depicting ATTA is included below.

6



20.     I believe the post described in the previous paragraph from **INSTAGRAM ACCOUNT 1** establishes that **INSTAGRAM ACCOUNT 1**, **FACEBOOK ACCOUNT 2**, and **INSTAGRAM ACCOUNT 2** were and are owned and controlled by ATTA. In a post to INSTAGRAM ACCOUNT 1, ATTA utilized that account to post a video with his face clearly visible. In it, he indicates that **FACEBOOK ACCOUNT 1** was deleted by Facebook and that he now has new accounts with the same username (Falasteen Hayati) that he used for **FACEBOOK ACCOUNT 1**.

21.     Lastly, it is probable that **FACEBOOK ACCOUNT 3** is owned and controlled by ATTA based upon its username – Ihsan Atta – as well as photos and videos posted to the site. Specifically, a video posted on May 22, 2025, described in detail later in this affidavit, features ATTA with his face clearly visible. This appears to be the same individual from the previously described and included photographs in this affidavit. A screenshot of this May 22, 2025 video is below.

7





## REVIEW OF THE ABOVE LISTED SOCIAL MEDIA ACCOUNTS

22. The following public posts were made to **FACEBOOK ACCOUNT 1:**

- On February 20, 2024, this account made a post stating the "US administration needs to be wiped out just like the Israelis." The post further states "...pray they [US Administration] all have their finger nails pulled out, limbs cut off and splintered broomsticks shoved in their rectums." The post additionally advises instead of calling representatives to voice their concerns, the public should "...pay them a visit and just end them." The post ends by stating that this action should start with the White House. This appears to be a call for American public officials, including then-President Biden, to be tortured and assassinated.

- Also on February 20, 2024, this account posted a photo of the then-United States Ambassador to the United Nations, Linda Thomas-Greenfield, raising her hand,

8

with the caption: "Who needs to be shot?" This appears to be a call for the assassination of Ambassador Thomas-Greenfield.



- On May 7, 2024, this account posted an image which stated, "BREAKING 200 Dutch lawyers submit a request to the International Criminal Court to issue arrest warrants for Netanyahu." The user provided additional commentary to the photo by writing, "They need to add Genocide Joe and his administration and just hang them all." Based upon the timing and context of this post, ATTA was referring to then-President Biden.

- On July 20, 2024, this account posted a video of ATTA, another unknown individual, and a counter-protestor at the Republican National Convention in a designated protest zone. ATTA's post stated he was protesting with members of Code Pink when a counter-protestor dressed as "The Joker" approached them and asked if they support HAMAS. ATTA indicated he responded by saying, "I support HAMAS." The counter-protestor continued to yell at ATTA, to which he replied by continually yelling "Free, Free Palestine!" The video features ATTA yelling

9

"Free, Free Palestine!" while "The Joker" continually asked if Atta supported genocide.

- On August 15, 2024, this account posted four photos with the caption, "Not sure which ones I'll be wearing, but I'll definitely be representing at the DNC protests." The photos featured Army Combat Uniform ("ACU") digital camouflage fatigues with patches featuring insignias from the following groups: Hezbollah, The Joint Chamber of Palestinian Resistance Factions, Popular Front for the Liberation of Palestine, Palestinian Islamic Jihad Al-Quds Brigades, HAMAS Izz Ad-Din Al-Qassam Brigades, and a HAMAS Movement Emblem. ATTA also had a patch of the Palestinian Resistance upside down red triangle. *A screenshot of this post and the patches is attached.*



- On August 19, 2024, this account posted a video of ACU digital camo fatigues with the caption, "I wonder what my Uber driver is going to say when I get in to go to

10

the protest today." The fatigues featured a patch bearing the insignia of HAMAS and Hezbollah. In the comment section, ATTA stated he purchased the patches from 3sjshop.com.

- Additionally, on August 19, 2024, this account posted a video of ATTA wearing ACU digital camo fatigues with the caption "DNC Protest ready!" and the emblem of an upside-down red triangle. ATTA engaged publicly with individuals who were commenting on this post. During the video, he described the outfit and specifically identifies the arm patches as a Hezbollah patch and a HAMAS patch.



11



*This image is from the post on the previous page, depicting the Palestinian Flag on his shoulder with the HAMAS patch underneath it.*

23. As to **INSTAGRAM ACCOUNT 1**, as noted above, on August 26, 2024, this account posted a video of ATTA stating that his previous Facebook profile was deleted by Facebook. Atta's new Facebook profile was identified as having the same Facebook Display Name, Falasteen Hayati, with a new User ID: 61552377178455, and an Instagram Display name of Falasteen Hayati with a User ID: 24169862.

24. The following posts were made publicly to **FACEBOOK ACCOUNT 2**:

- On September 6, 2024, this account shared an Instagram post of several masked individuals attacking at least one female and potentially other individuals while in the West Bank. The Facebook user posted the Instagram link with the following caption, "Always against women and/or the vulnerable. Always with weapons. It's never a fair fight for these parasite cowards. That's why I will always take pleasure in knocking any of them or people that support them the F out. They all deserve it."

12

25. The following post was made publicly to **INSTAGRAM ACCOUNT 2:**

- On February 17, 2025, ATTA's Instagram profile shared a screenshot of the news story about an individual who shot an Israeli man he mistakenly believed to be Palestinian. Atta's profile shared the photo with the following caption, "Do better next time! This guy is so pathetic he couldn't even kill two people with 17 bullets. F\*\*king loser. Give him another clip and let him go finish the job. It would be anti-Semitic to not let him murder successfully."

26. The following posts were made publicly to **FACEBOOK ACCOUNT 3**:

- On September 15, 2024, ATTA identified himself via his online moniker, Falasteen Hayati, and indicated the newly identified account was his new profile. ATTA stated his second account, created in early September 2024, had been banned.

- On September 28, 2024, ATTA's profile posted three informational graphics discussing the Israeli Defense Forces (IDF) killing Hassan Nasrallah, who was the previous leader of Hezbollah. ATTA added the following statement to the photos, "Allah yir7amo. May his replacement be even more steadfast and less mindful of following the rules of engagement and play by the same rules as the terrorists that murdered him."

- On October 1, 2024, ATTA's profile posted a video of himself stating, "Usually I don't enjoy fireworks unless I'm setting them off myself, but God damn I'm enjoying these. I wish to God I was the one setting these ones off." ATTA's post history from the same day indicated his comments were in reference to the October 1, 2024, Iranian rocket barrage launched at Israel in retaliation to the IDF killing HAMAS leader Ismail Haniyeh, Hezbollah leader Hassan Nasrallah, and Iranian Revolutionary Guard Corps (IRGC) General Abbas Nilforoushan.

- On October 5, 2024, ATTA's profile posted the following status on his Facebook Page, "If we're friends on FB and haven't met, please stop me at the protest and introduce yourself. If you're an enemy trolling me and want to feel my right hook, stop me as well...but it's best not to touch me unless you need a nap."

13

- On October 6, 2024, ATTA's profile posted an informational graphic about U.S. Secretary of State Antony Blinken and added the following statement, "If I posted the things I would do to this POS, I would get banned again from FB."

- On October 17, 2024, ATTA's posted a screenshot of a conversation with one of his customers. In response to a comment left by a friend, ATTA posted the following, "...The difference between us and the parasites is that not only do we not fear dying for our cause, we can only wish to die in that manner..."

- On March 19, 2025, ATTA's Facebook profile shared a now deleted post and added the following caption, "Praying Yemen's missiles and H-Group exterminate the Zio maggots off the face of this earth. Then they can do the same with Trump and his administration, followed by the PA and all the Arab regimes." This appears to be a public statement that ATTA hopes Hamas assassinates President Trump, among others, including other American public officials.

  *Of note: H-Group is commonly used on social media as an alternative word for HAMAS to circumvent social media algorithms, so the post and/or account is not automatically flagged.*

- On March 27, 2025, ATTA's Facebook profile shared an Instagram post about recent anti-HAMAS protests in Gaza and added the caption, "We stand 💯 with Hummus! Any effort to delegitimize the resistance will fail. We know the playbook of apartheid and imperialism." *Of note: "Hummus," as used here, is very commonly used on social media as an alternative word for "HAMAS" to circumvent social media algorithms so the post and/or account is not automatically flagged.*

- On March 28, 2025, ATTA's profile posted another video and added the caption, "All the politicians that support 'israel' need a bu11et in the head just like Mira."

- On May 6, 2025, ATTA's Facebook profile posted a photo of Donald Trump and Benjamin Netanyahu covered in blood, with the following statement:

  > "A holocaust is taking place. Children are being starved to death. The worst atrocities ever are being committed against a people. It has been going on for 19 months + 76 years. All this while you watch it on your phones and as the world stays silent. What is it that keeps you from responding with force? Why are you fearful of laws that will be used against you when your

14

government is breaking even bigger laws? Weren't you taught from an early age to stand for justice? Why aren't you standing? Why are you still quiet? Protesting was the start. When protesting doesn't stop children from being murdered, children from being starved to death, children from being split in half…then you need to wake up and realize the time has come. Freedom and justice was never won through peaceful means alone. Occupiers want you to resist peacefully as they continue to oppress you violently. Fire must be met with fire. Your enemy attacks you at all fronts and across borders. You must do the same. Don't put limitations on yourself. By any means necessary isn't just a catchy phrase. It has deep meaning. For a reason. Know your enemy. It's not only the politicians that send weapons and voice their support of genocide. It's the reporter that broadcasts lies, or doesn't broadcast at all. It's the companies that finance the murder or provide the means to do so. It's your co-worker and your neighbor who thinks they're superior. How are you not shook by what you are seeing? Wake the f**k up. This injustice needs to stop. The enemy needs to be eliminated. Completely. By any means necessary."

"By any means necessary," in this context, is a reference to an ideology that advocates for the permissibility of using violence to achieve ATTA's preferred political ends.

- On May 22, 2025, ATTA reposted on this site a post from another Facebook user discussing the two Israeli diplomats who were killed in D.C. the night before this post. The post is discussing that violence is not the answer and that more senseless death will not heal anything. ATTA commented that the words in that post are correct, "But when the world is silent and there is no sign of justice, I'll take it. Let people with conscience rise up and do whatever needs to be done to force justice to be implemented." This appears to be Atta endorsing the use of violence to achieve his preferred political ends.

- Also on May 22, 2025, ATTA posted to this site a video of himself with the caption, "So many more left in Washington DC we can do without. I applaud whoever made the world a better place today. I hope they do it everyday. One…I mean two at a time. This post appears to be applauding the murder of the two Israeli diplomats discussed above.

15



**VIDEO DEPICTING PHYSICAL FIGHT BETWEEN**

**ATTA AND COUNTER-PROTESTOR**

27. On August 19, 2024, ATTA posted a video on **FACEBOOK ACCOUNT 1** of himself wearing the military uniform with insignias that was described and shown above. In the video, ATTA states the patches on his arms are from HAMAS and Hezbollah. ATTA told the individual taking the video that both HAMAS and Hezbollah are legitimate resistance movements fighting for Palestinian rights. In the video, ATTA appeared to be at a protest in Chicago, Illinois, located near the Democratic National Convention.

28. Also on August 19, 2024, while wearing the military uniform described above, ATTA assaulted a counter-protestor (initials D.P.) at the same protest in Chicago. A video depicting the assault appeared to show ATTA quickly approach and initiate a confrontation with D.P. In response, D.P. attempted to push ATTA away from him by pushing his hands against ATTA's chest. ATTA responded by punching D.P. in the face, causing a laceration under D.P.'s left eye and knocking him to the ground. While D.P. was still on the ground, ATTA grabbed D.P.

16

by the face and neck and appeared to attempt to punch him again. ATTA then placed D.P. into a chokehold. After a few seconds and with the urging of bystanders, ATTA released D.P. who had appeared to lose consciousness and fell backwards onto the ground. *Below is a screenshot from the video of the assault of D.P., who is the white male with glasses facing away from the camera. This screenshot is taken just before ATTA punches D.P. in the face.*



## META PLATFORMS, INC.

29.     Meta Platforms owns and operates free-access social networking websites known as Facebook and Instagram that can be accessed at https://www.facebook.com and https://www.instagram.com. Meta Platforms allows its users to establish accounts with Facebook and Instagram, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook and Instagram users, and sometimes with the general public.

30.     Meta Platforms asks users to provide basic contact and personal identifying information to its platforms, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Meta also assigns a user identification number to each account.

17

31. Facebook and Instagram users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. A group identification number is assigned to each group. Facebook and Instagram users can also connect directly with other users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" and can exchange communications or view information about each other.

32. Facebook and Instagram users can select different levels of privacy for the communications and information associated with their accounts. By adjusting these privacy settings, a user can make information available only to himself or herself, to particular users, or to anyone with access to the Internet, including people who are not Facebook or Instagram users. A user can also create "lists" of Facebook and Instagram friends to facilitate the application of these privacy settings. Accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook and Instagram.

33. Users create profiles that include photographs, lists of personal interests, and other information. Users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook and Instagram users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

34. Facebook and Instagram allow users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook and Instagram purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

18

35. Facebook and Instagram users can exchange private messages with other users. Those messages are stored by Meta Platforms unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. Instagram has a similar chat feature called Instagram Direct Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

36. If a Facebook or Instagram user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

37. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

38. Facebook and Instagram have search functions that enable users to search Facebook for keywords, usernames, or pages, among other things.

39. Each Facebook and Instagram account has an activity log, which is a list of the user's posts and other activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" or "following" a page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's page.

40. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

41. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile.

42. Meta Platforms retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address

19

on Facebook or Instagram, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

43. Social networking providers like Meta Platforms typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook and Instagram users may communicate directly with Meta Platforms about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta Platforms typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

44. As explained herein, information stored in connection with a Facebook and/or Instagram account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook and Instagram user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook and Instagram account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook and Instagram access, use, and events relating to the crime under investigation.

20

Additionally, Facebook and Instagram builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Last, Facebook and Instagram account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

45. Therefore, the records of Meta Platforms are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook and Instagram, such as account access information, transaction information, and other account information.

46. Specifically, I submit that the above facts demonstrate that ATTA uses his Facebook and Instagram accounts to make threats to kill and injure public officials he disfavors. The information that is included in this affidavit was located using open-source searching, meaning none of this information was restricted from public viewing. In my personal and professional experience, individuals will very often conceal information that would be against their own penal interest. Therefore, I believe it is probable that ATTA has additional communication with other users utilizing the private chat features of Facebook and Instagram, which are not publicly viewable, and that would contain additional evidence of ATTA's interstate threatening communications violations.

47. ATTA has demonstrated that he utilizes each of these sites to direct users to his new sites each time that Facebook deleted one of his accounts for unauthorized behavior. For that reason, I believe it is highly probable that each of these five accounts is likely to contain information and evidence that will further this investigation.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

48. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information

21

(including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

**CONCLUSION**

49.     Based on the foregoing, I request that the Court issue the proposed search warrant.

50.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta Platforms through their online portal. Because the warrant will be served on Meta Platforms, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

51.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Eastern District of Wisconsin has jurisdiction over the offense being investigated." 18 U.S.C. § 875(c).

52.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

**REQUEST FOR SEALING**

53.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

22

## ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the **Facebook User IDs 1210946773**, **61552377178455** and **61565547194597**, and **Instagram User IDs 9305083036** and **24169862**, that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc, a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Meta Platforms, Inc:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. ("Meta"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from January 1, 2024 through June 13, 2025**;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **from January 1, 2024 through June 13, 2025**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook and Instagram user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook and Instagram applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user **from January 1, 2024 through June 13, 2025**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook and Instagram posts and stories and all non-Meta webpages and content that the user has "liked";

(j)     All information about the Facebook or Instagram pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook or Instagram searches performed by the account **from January 1, 2024 through June 13, 2025**;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook or Instagram posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

2

## II.      Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 875(c) involving ATTA since January 1, 2024, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Any communications regarding threats of violence against potential victims;

(b) Evidence indicating how and when the Facebook and Instagram accounts were accessed or used to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

3

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.  all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b.  such records were generated by Facebook's electronic process or system that produces an accurate result, to wit:

1.  the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2.  the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____
Date                                                            Signature

4

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate



CLERK'S OFFICE
A TRUE COPY
Jun 17, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| INFORMATION ASSOCIATED WITH FACEBOOK AND INSTAGRAM USER IDs FURTHER DESCRIBED IN ATTACHMENT A. | ) ) ) ) |

Case No.   25   MJ   110

Matter No. 2024R00090

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before      07/01/2025      *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to      Honorable William E. Duffin      .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      06/17/2025 at 12:25 p.m.

*Judge's signature*

City and state:      Milwaukee, Wisconsin      Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                             _____
                                    *Executing officer's signature*

                             _____
                                     *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the **Facebook User IDs 1210946773**, **61552377178455** and **61565547194597**, and **Instagram User IDs 9305083036** and **24169862**, that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc, a company headquartered in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.     Information to be disclosed by Meta Platforms, Inc:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. ("Meta"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from January 1, 2024 through June 13, 2025**;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **from January 1, 2024 through June 13, 2025**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook and Instagram user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook and Instagram applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user **from January 1, 2024 through June 13, 2025**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook and Instagram posts and stories and all non-Meta webpages and content that the user has "liked";

(j)     All information about the Facebook or Instagram pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook or Instagram searches performed by the account **from January 1, 2024 through June 13, 2025**;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook or Instagram posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Meta and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

2

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 875(c) involving ATTA since January 1, 2024, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Any communications regarding threats of violence against potential victims;

(b) Evidence indicating how and when the Facebook and Instagram accounts were accessed or used to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.